IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William DelValle, Jr., | Case No. 1:15 CV 362 |
| Petitioner, | ORDER ADOPTING <u>REPORT AND RECOMMENDATION</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Warden, | |
| Respondent. | |

This Court has reviewed the Magistrate Judge's March 23, 2016 Report and Recommendation ("R&R") (*see* Doc. 13). The R&R recommends this Court deny Petitioner William DelValle's Petition for Writ of Habeas Corpus (Doc. 4).

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to an R&R within fourteen (14) days of being served with the R&R. If a party timely objects, this Court reviews *de novo* the portions of the R&R to which objections were made. If a party does not timely object, the party waives *de novo* review by the district court. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985)*; United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

DelValle's deadline for filing objections has passed, and this Court has received no requests for extension. The R&R accurately states the facts and law. This Court adopts the R&R in full.

The Petition (Doc. 4) is denied. Further, this Court certifies an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c).

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

April 12, 2016